UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONIEL DON ANTOINE

VERSUS

TIMOTHY SOIGNET, ET AL.

CIVIL ACTION

NO. 25-1971

SECTION "T"(3)

## ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, Rec. Doc. 26, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Antoine's federal civil rights individual-capacity claims for excessive force against Deputy Lopez and bystander liability against Lieutenant Boudreaux are **STAYED**.

It is **FURTHER ORDERED** the Clerk of Court mark this action **CLOSED** for statistical purposes.

It is **FURTHER ORDERED** that, within thirty (30) days of the issuance of the state courts' final ruling or judgment on Antoine's state law criminal charges of threatening a public official or law enforcement officer and resisting a police officer with force or violence, any party shall move to reopen the matter for further proceedings consistent with *Heck v. Humphrey*, 512 U.S. 477 (1994). The failure timely to file the motion to reopen may waive Antoine's opportunity to proceed with this civil action.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment based on

1

qualified immunity, R. Doc. 15, is **DENIED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 16th day of July 2026.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE